UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM GREENWELL and wife ) | |
| PATRICIA GREENWELL ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:07-cv-300 |
| ) | (Shirley) |
| MARY LOU SCOTT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This civil action is before the Court pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 4]. On March 3, 2008, the parties came before the Court on the plaintiffs' Motion for Continuance [Doc. 10]. D. Scott Hurley was present on behalf of plaintiffs and John Johnson Jr. was present on behalf of defendant. Defendant did not oppose plaintiffs' Motion.

In their motion, plaintiffs request that the trial in this matter, currently set for March 25, 2008, be continued approximately six months. As grounds, plaintiffs indicated Mr. Greenwell is still under the care and treatment of his doctors and has been advised additional surgery is required on his ankle. Counsel for plaintiffs advised the Court that it is anticipated Mr. Greenwell will schedule his surgery for some time during the month of March. Counsel for both parties further advised the Court that the surgery and Mr. Greenwell's recovery will require additional discovery, but they anticipate it can be completed quickly.

The Court finds plaintiffs' Motion for Continuance [Doc. 10] to be well-taken and is hereby **GRANTED**. Accordingly, the trial scheduled for **March 25, 2008**, is hereby **CANCELLED** and **RESCHEDULED** for **August 26, 2008, at 9:00 a.m.** All other deadlines remain the same.

**IT IS SO ORDERED.**

                **ENTER:**

                s/ C. Clifford Shirley, Jr.
                United States Magistrate Judge